# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARRIS MARKEL STEFFES,<br><br>Defendant. | Case No. 1:22-cr-00127-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE INITIAL APPEARANCE DATE AND VACATING TRIAL DATES<br><br>(ECF Nos. 21, 27, 28, 29) |

On May 5, 2022, Defendant Parris Markel Steffes was charged by information with one count of assault or intimidation of a federal employee, in violation of 18 U.S.C. § 111(a)(1), a Class A misdemeanor. (ECF No. 1). On April 20, 2023, Defendant consented to the jurisdiction of the Magistrate Judge, and the Court set the matter for a jury trial to be held on July 18, 2023, and set a pre-trial confirmation hearing for June 27, 2023. (ECF No. 21.) On Friday, June 9, 2023, the Government filed a Second Superseding Information, replacing the original charge with three new charges, all of which are Class B misdemeanors. (ECF No. 25.) On June 12, 2023, the Court set a status conference to be held on June 15, 2023, and ordered the Defendant to be present, via video or in person. (ECF No. 26.) On June 15, 2023, the Court held a status conference and initial appearance re the Second Superseding Information. (ECF No. 27.) Defendant did not appear, and the Court continued the matter to June 21, 2023. (Id.)

On June 16, 2023, Defendant filed a motion to continue the initial appearance and to

1

1  vacate the jury trial.  (ECF No. 28.)  Defendant proffers that he was unable to access a reliable
2  internet connection and could not make his video appearance on June 15, 2023.  (Id.)  Defendant
3  requests that his initial appearance be continued to July 13, 2023, because he does not currently
4  own a car and needs additional time to secure transportation to Fresno from his home in Los
5  Angeles; and the motion indicates that the requested continuance will also provide Defendant
6  and defense counsel the necessary time to discuss the new charges and evaluate how to proceed,
7  after having spent more than a year preparing a defense for a charge that the Government chose
8  not to pursue less than six weeks before trial.  (Id.)  Defendant also proffers that the continuance
9  will conserve time and resources for both counsel and the Court, as it will place Defendant's
10 initial appearance on the Court's regular misdemeanor calendar.  Finally, in light of the
11 superseding charges, Defendant also requests that the Court vacate the jury trial set for July 18,
12 2023, and the pretrial confirmation hearing set for June 27, 2023.

13    On June 20, 2023, the Government filed a statement of non-opposition to the motion.
14 (ECF No. 29.)  Given the non-opposition and the superseding charges, the Court finds good
15 cause to grant the request to continue the initial appearance, and vacate the pretrial confirmation
16 hearing and trial dates.  However, given the age of this matter, at the initial appearance, the
17 parties shall be prepared to discuss setting a trial date no later than October 31, 2023, and an
18 associated pretrial confirmation hearing date in September of 2023.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Accordingly, IT IS HEREBY ORDERED that the Defendant's motion (ECF No. 28) is GRANTED as follows:

1. Defendant's initial appearance is CONTINUED from June 21, 2023, to **July 13, 2023, at 10:00 a.m.** in Courtroom 9;
2. Defendant shall appear in person for the initial appearance;
3. The pretrial confirmation hearing set for June 27, 2023, and the jury trial set for July 18, 2023, are VACATED; and
4. At the July 13, 2023, initial appearance, the parties shall be prepared to discuss setting a jury trial date no later than October 31, 2023, and a corresponding pretrial confirmation hearing preferably the week of September 5, 2023.

IT IS SO ORDERED.

Dated: __**June 20, 2023**__         _____
UNITED STATES MAGISTRATE JUDGE