# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PARRIS MARKEL STEFFES,<br><br>    Defendant. | Case No. 1:22-cr-00127-SAB-1<br><br>ORDER CONTINUING PROBATION REVIEW HEARING TO MAY 23, 2024, AND ORDERING DEFENDANT TO APPEAR IN PERSON |

To accommodate the Court's calendar, the probation review hearing set for May 16, 2024, shall be continued to May 23, 2024, and Defendant shall appear in person.

Accordingly, IT IS HEREBY ORDERED that:

1. The probation review hearing is continued to **May 23, 2024, at 10:00 a.m.** in Courtroom 9; and

2. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **January 29, 2024**

UNITED STATES MAGISTRATE JUDGE

1