# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>PARRIS MARKEL STEFFES,<br><br>                Defendant. | Case No. 1:22-cr-127<br><br>**AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**  36 CFR 2.34(a)(2)

**Sentence Date:**  July 13, 2023

**Review Hearing Date:** May 23, 2024

**Probation Expires On:** July 13, 2024

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10 which Total Amount is made up of a Fine: $ Special Assessment: $ 10   Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $ per month by the th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Seven days custody, report no later than 8/18/2023

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
                                                                    Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Jeffrey Spivak

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/23/2024 at 10 a.m. Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 5/13/2024

/s/ Laura Myers  
DEFENDANT'S COUNSEL

/s/ Jeffrey Spivak  
ASSISTANT UNITED STATES ATTORNEY

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **May 14, 2024**

UNITED STATES MAGISTRATE JUDGE